APPROVED. Cases are dismissed without prejudice.
Dated: 8/23/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Alford, John and Virginia, 1:14-cv-01870
Avery-Montgomery, Donna and Gary, 1:14-cv-01871
Dawsey, David, 1:16-cv-02271
Rico, Cynthia Kay, 1:17-cv-00153
Peacock, Robin, 1:17-cv-00159
Smith, Lisa, 1:17-cv-03863
Vidales, Jose R., 1:18-cv-02539
Miller, Richard L., 1:19-cv-03102
Palmer, Kenneth, 1:19-cv-03103
Sheffield, Ayanna, 1:19-cv-03873
Fuller, Curtis, 1:19-cv-04626
McGeachy, Shawn and Todd, 1:19-cv-04868
Tolliver-Jarrett, Sarita, 1:19-cv-04924
Moore, Aundrey Bernard, 1:20-cv-00145
Moses, Livinia, 1:20-cv-00147
Scott, Amber Nicole, 1:20-cv-00388
Jackson, Dawan, 1:20-cv-00483
Rapp, Paul and Marvinteen, 1:20-cv-00705
Muraviov, Norma and John, 1:20-cv-00715
Rich, Barbara and James, 1:20-cv-00770
Montgomery, Ryan Lane, 1:20-cv-00789
Thomas, Randall Larry and Joann, 1:20-cv-00790
Stieber, Nina R. and Gregory, 1:20-cv-00798
Handy, Jessica, 1:20-cv-00799
Smalley, Earl S. Jr. [ESTATE OF], 1:20-cv-00822
Wheeler, Walter, 1:20-cv-00845
Woodard, Eric and Mary Ann, 1:20-cv-00909
Andress, Gary Lynn, 1:20-cv-00974
Gordon, Tommy, 1:20-cv-01019
Inae, Jeannie and Oxenham, Gary, 1:20-cv-01067
Pereira, Nelys, 1:20-cv-01168
Copeland, Terry R., 1:20-cv-01328
Price, James R., 1:20-cv-01425
Olivier, Lucia and Joseph, 1:20-cv-01934

1

Clarke, Virginia [ESTATE OF], 1:20-cv-02509
Tabor, Irene, 1:20-cv-02511
Lovaas, Connie, 1:20-cv-02515
Gibson, Sylvia and William Lee, 1:20-cv-02516
Gordon, Pauline, 1:20-cv-02517
Harrison, Brian, 1:20-cv-02518
Camberos, Martha and Rojano, Juan, 1:20-cv-02530
Grabowski, Steven and Valeria, 1:20-cv-02534
Miller, Roger Jr., 1:20-cv-02574

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Above-titled Plaintiffs and the defendants, Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS, herby stipulate and agree that the above-captioned cases are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs. The parties further stipulate that:

1. A Plaintiff listed above may refile his or her case in the Southern District of Indiana, in the event a Legally Cognizable Injury occurs within three-years from the date of this Stipulation.

2. For purposes of this Stipulation, "Legally Cognizable Injury" is exclusively defined as:

    a. an open surgical procedure to remove a Cook IVC Filter;[1]

    b. fracture of a Cook IVC Filter with a piece or pieces of the Cook IVC Filter remaining in the body after one or more percutaneous retrieval attempts have failed to retrieve the filter; or

    c. death related to a Cook IVC Filter.[2]

---

[1] "Open procedure" means a surgery using medical instruments to open the patient's body to remove all or part of the Cook IVC Filter after either (1) one or more percutaneous retrieval attempts have failed to retrieve the filter, or (2) a determination by Plaintiff's treating physician, who is not retained, compensated or directed by Plaintiff's Counsel, that attempting a percutaneous retrieval of the filter is not feasible. For the purpose of this definition, a percutaneous retrieval procedure is not a "surgery."

[2] "Death" means that a patient died as a result of the Cook IVC Filter. A contemporaneous medical record, autopsy report and/or death certificate created by a treating physician or pathologist, who is not retained, compensated or directed by Plaintiff's Counsel, reasonably interpreted as confirming that the patient's death was caused by or related to the Cook IVC Filter shall be required for "death" to qualify as a Legally Cognizable Injury pursuant to this Stipulation.

3. If a Plaintiff listed above refiles his or her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.

| | |
|---|---|
| By: */s/ Michael T. Gallagher* <br> Michael T. Gallagher <br> THE GALLAGHER LAW FIRM, PLLC <br> 2905 Sackett Street <br> Houston, TX 77098 <br> (713) 222-8080 <br> Fax: (713) 222-0066 <br> Email: donnaf@gld-law.com <br><br> *Counsel for Plaintiffs* <br><br> Dated: August 20, 2021 | By: */s/ Andrea Roberts Pierson* <br> Andrea Roberts Pierson <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 300 North Meridian, Suite 2500 <br> Indianapolis, IN  46204 <br> Tel: (317) 237-0300 <br> Fax: 317-237-1000 <br> Andrea.Pierson@FaegreDrinker.com <br><br> *Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* <br><br> Dated: August 20, 2021 |